# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AARON ORNSTEIN, | No. 3:18-CV-02042 |
| Plaintiff, | (Judge Brann) |
| v. | |
| WARDEN, *et al.*, | |
| Defendants. | |

# ORDER

**JANUARY 29, 2020**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Moving Defendants' motion for judgment on the pleadings, ECF No. 47, is **DENIED**;

2. Pursuant to 28 U.S.C. § 1915(e), the Court will **DISMISS** Defendants Nurse Forsythe, Nurse Donofrio, and PrimeCare, Inc., from Count III of the Amended Complaint for failure to state a claim upon which relief may be granted.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge