IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AARON ORNSTEIN, | No. 3:18-CV-02042 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| WARDEN, *et al.*, | |
| Defendants. | |

## ORDER

### SEPTEMBER 21, 2021

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. The PrimeCare Defendants' motion for summary judgment (Doc. 67) is **GRANTED**.

2. The York County Defendants' motion for summary judgment (Doc. 71) is **GRANTED IN PART AND DENIED IN PART**.

3. The Clerk of Court is directed to enter judgment in favor of Defendants Warden; Deputy Warden; Captain John Doe; Lieutenant John Doe; Forsythe; Denafrio; Nurse Jane Doe; PrimeCare Medical, Inc.;[1] Doctor John Doe; and York County and dismiss those Defendants from the case.

---

[1] This defendant is erroneously named in the complaint as "Prime Care Health Care."

4. This case shall proceed as to Plaintiff's claims against Defendants Cessna, Fitski, and Velasquez.

5. A telephonic status conference will be scheduled by separate Order of Court.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge